CHRISTOPHER CHIOU
Acting United States Attorney
Nevada Bar Number 14853
RICHARD ANTHONY LOPEZ
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Tel: 702.388.6336 / Fax: 702.388.6418
tony.lopez@usdoj.gov
*Attorneys for the United States*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BYUNG CHUL JUN,<br>  aka "Byung Jun,"<br>  aka "Alex Kim,"<br>  aka "Kevin Park,"<br><br>Defendant. | Case No. 2:04-cr-97-JCM-VCF-1<br><br>**Motion to Dismiss the Superseding Indictment as to Defendant Byung Chul Jun** |

On July 20, 2004, a federal grand jury returned a Superseding Indictment charging two defendants, including Byung Chul Jun, also known as "Byung Jun," "Alex Kim," and "Kevin Park," with three counts related to access device fraud, in violation of 18 U.S.C. § 1029(a)(1), (a)(5), and (b)(2), based on conduct occurring between July 2003 and February 2004. (ECF 16.) After Defendant Jun violated the conditions of his pretrial release, the Court issued a warrant for his arrest. (ECF 13-14.) More than 16 years later, Defendant Jun (the only remaining defendant) has yet to be arrested on that warrant.

/ / /

/ / /

/ / /

Pursuant to Federal Rule of Criminal Procedure 48(a), the Government now requests permission of the Court to dismiss the Superseding Indictment as to Defendant Jun.

Respectfully submitted this 14th day of April, 2021.

    CHRISTOPHER CHIOU
    Acting United States Attorney

    *s/* Richard Anthony Lopez
    RICHARD ANTHONY LOPEZ
    Assistant United States Attorney

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:04-cr-97-JCM-VCF-1 |
| Plaintiff, | **Order Granting Motion to Dismiss the Superseding Indictment as to Defendant Byung Chul Jun** |
| v. | |
| BYUNG CHUL JUN,<br>    aka "Byung Jun,"<br>    aka "Alex Kim,"<br>    aka "Kevin Park," | |
| Defendant. | |

Pursuant to Federal Rule of Criminal Procedure 48(a), and upon leave of Court, the United States hereby dismisses the Superseding Indictment against Defendant Byung Chul Jun.

CHRISTOPHER CHIOU
Acting United States Attorney

*s*/Richard Anthony Lopez
RICHARD ANTHONY LOPEZ
Assistant United States Attorney

Leave of Court is granted for the filing of the above dismissal.

DATED May 3, 2021.

HONORABLE JAMES C. MAHAN
UNITED STATES DISTRICT JUDGE