CHRISTOPHER CHIOU
Acting United States Attorney
Nevada Bar Number 14853
RICHARD ANTHONY LOPEZ
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Tel: 702.388.6336 / Fax: 702.388.6418
tony.lopez@usdoj.gov
*Attorneys for the United States*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BYUNG CHUL JUN,<br>　　aka "Byung Jun,"<br>　　aka "Alex Kim,"<br>　　aka "Kevin Park,"<br><br>Defendant. | Case No. 2:04-cr-97-JCM-VCF-1<br><br>**Motion to Quash Warrant for Defendant Byung Chul Jun** |

On July 20, 2004, a federal grand jury returned a Superseding Indictment charging two defendants, including Byung Chul Jun, also known as "Byung Jun," "Alex Kim," and "Kevin Park," with three counts related to access device fraud, in violation of 18 U.S.C. § 1029(a)(1), (a)(5), and (b)(2), based on conduct occurring between July 2003 and February 2004. (ECF 16.) After Defendant Jun violated the conditions of his pretrial release, the Court issued a warrant for his arrest on June 17, 2004 (ECF 13-14) and then reissued the warrant on December 3, 2004 (ECF 34).

Although the Court approved the dismissal of the Superseding Indictment as to Defendant Jun on May 3, 2021 (ECF 62), the United States Marshals Service (USMS) informs the Government that because the warrant was issued in response to a pretrial

release violation, the USMS requires an Order from the Court to quash the warrant issued on December 3, 2004.

Based on this request, the Government now moves the Court for such an order quashing that warrant.

Respectfully submitted this 14th day of May, 2021.

CHRISTOPHER CHIOU
Acting United States Attorney

*s/* Richard Anthony Lopez
RICHARD ANTHONY LOPEZ
Assistant United States Attorney

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>BYUNG CHUL JUN,<br>    aka "Byung Jun,"<br>    aka "Alex Kim,"<br>    aka "Kevin Park,"<br><br>    Defendant. | Case No. 2:04-cr-97-JCM-VCF-1<br><br>**Order Granting<br>Motion to Quash Warrant for<br>Defendant Byung Chul Jun** |

Based on the Government's motion, and good cause appearing therefore:

IT IS HEREBY ORDERED THAT the arrest warrant for Defendant Byung Chul Jun issued on December 3, 2004, is quashed.

DATED May 14, 2021.

_____
HONORABLE JAMES C. MAHAN
UNITED STATES DISTRICT JUDGE